UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Kelly Ross

**CV126- 051**

VS.          Index No.

Joy Campanelli, Genine D. Edwards, Brian Gottlieb

1. Defendants had ex parte communication,

2. This case is within federal jurisdiction,

3. Plaintiff demands damages to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct.

Kelly Ross

3/9/26

Kelly Ross
15 Walker St
Houston, TX 77000

NEW YORK NY  100

14 MAR 2026  PM 7  L

UNITED STATES
OF AMERICA

FOREVER/USA



US District Court Clerk's Office
600 James Brown Blvd.
Augusta, GA 30901

30901-233299